**Order entered May 15, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01096-CR

### CHARLES EDWARDS SIELOFF, III, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-35795-P**

## ORDER

The Court **REINSTATES** the appeal.

On March 22, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is not indigent and is represented by retained counsel Melvin Bruder; (3) Mr. Bruder explained that he had filed a motion to supplement the record and that a supplemental clerk's record had been filed; and (4) Mr. Bruder needed two more weeks to file appellant's brief.

We note that the motion to supplement the record was filed on February 11, 2013 and was granted on February 27, 2013, and the supplemental record was filed on March 1, 2013.

Appellant's brief was already overdue when the motion was filed and the appeal has been abated since March 22, 2013.

Accordingly, we **ORDER** appellant to file his brief by **MAY 30, 2013**. No further extensions will be granted. If appellant's brief is not filed by the date specified, the Court will, without further notice, submit the appeal without briefs. *See* TEX. R. APP. P. 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Teresa Hawthorne, Presiding Judge, 203rd Judicial District Court, and to counsel for all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE